Barbara MAY, Plaintiff—Appellant,

v.

**HONEYWELL INTERNATIONAL, INC., a foreign corporation; MetLife Inc., a foreign corporation doing business as Metropolitan Life Insurance Company, Defendants—Appellees.**

No. 07–35480.

United States Court of Appeals, Ninth Circuit.

Aug. 17, 2009.

Joseph R. Shaeffer, Melton L. Crawford, MacDonald Hoague & Bayless, Seattle, WA, for Plaintiff–Appellant.

Heidi E. Alessi, Esquire, Deborah L. Carstens, Jerret E. Sale, Bullivant Houser Bailey, PC, Seattle, WA, for Defendants–Appellees.

Before: RYMER and FISHER, Circuit Judges, and HURLEY, District Judge.*

* The Honorable Denis R. Hurley, Senior United States District Judge for the Eastern District of New York, sitting by designation.

---

**ORDER DENYING PETITION FOR REHEARING**

Appellees' petition for rehearing, filed December 24, 2008, is **denied.** No further petitions shall be entertained.